Donna Lee Vitale, Esquire (DLV 2115)
JASINSKI AND WILLIAMS, P.C.
1125 Atlantic Avenue
Atlantic City,  NJ 08401
(609) 348-9300
Attorneys for Defendant
City of Atlantic City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL WALKER<br>                    Plaintiff,<br>v.<br><br>POLICE OFFICER ANDREW JACQUES;<br>THE ATLANTIC CITY POLICE<br>DEPARTMENT; THE CITY OF<br>ATLANTIC CITY<br><br>                    Defendants. | Civil No 04-cv-351<br><br>**NOTICE OF MOTION** |

TO:  Kenneth Chotiner, Esquire
     Stuart Alterman, Esquire

   PLEASE TAKE NOTICE that the Defendants pursuant to Federal Rule of Civil Procedure, Rule 56 will apply to the District Court, Camden Vicinage, Market Street, Camden on May 4, 2007 at 9:00 a.m.

   Reliance shall be placed on the within Certification of Counsel with Exhibits and Brief in support of Motion to Summary Judgment.

    The undersigned requests oral argument.   A proposed form of Order is attached.

                              JASINSKI AND WILLIAMS, P.C.


                              BY:__*s/Donna Lee Vitale (2115)*
                                 DONNA LEE VITALE, ESQUIRE
DATE:  March 30, 2007

Donna Lee Vitale, Esquire (DLV 2115)
JASINSKI AND WILLIAMS, P.C.
1125 Atlantic Avenue
Atlantic City,  NJ 08401
(609) 348-9300
Attorneys for Defendant
City of Atlantic City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL WALKER<br><br>                Plaintiff,<br>v.<br><br>POLICE OFFICER ANDREW JACQUES;<br>THE ATLANTIC CITY POLICE<br>DEPARTMENT; THE CITY OF<br>ATLANTIC CITY<br><br>                Defendants. | Civil No. 04-cv-351<br><br>**ORDER** |

THIS MATTER, being brought before the Court upon Motion for Summary Judgment by Donna Lee Vitale, Esq., of the firm of Jasinski and Williams, PC, attorneys for Defendant, City of Atlantic City and the Court having considered the matter, hereby ORDERS:

    THAT ON THIS \_\_\_\_\_ day of _____ 2007, that the Defendant City's Motion for Summary Judgment is hereby **GRANTED**;

    IT IS HEREBY ORDERED that a copy of this Order will be served upon all parties within 10 days of its receipt thereof.

                                          _____
                                          HONORABLE RENEE M. BUMB
This Motion was

\_\_\_\_\_ opposed
_____ unopposed

Donna Lee Vitale, Esquire (DLV 2115)
JASINSKI AND WILLIAMS, P.C.
1125 Atlantic Avenue
Atlantic City,  NJ 08401
(609) 348-9300
Attorneys for Defendant
City of Atlantic City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL WALKER<br><br>              Plaintiff,<br>v.<br><br>POLICE OFFICER ANDREW JACQUES;<br>THE ATLANTIC CITY POLICE<br>DEPARTMENT; THE CITY OF<br>ATLANTIC CITY<br><br>              Defendants. | Civil No 04-cv-351<br><br>**CERTIFICATION OF MAILING** |

Donna Lee Vitale, Esq., in lieu of oath or affidavit, hereby certifies that:

a)   I am an associate of the law firm of Jasinski and Williams, P.C., attorneys for Defendant, City of Atlantic City ("Defendants"), in this proceeding.  I am a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey.  This firm represented the Defendant City of Atlantic City in this matter.

2.   On March 30, 2007, I caused to be filed with the

Clerk of the United States District Court, via e-filing, a Notice of Motion, Brief in Support of Motion for Summary Judgment, Defendant's Statement of Undisputed Facts, Certification of Donna Lee Vitale, Esq. with Exhibits in support of Defendant's Motion for Summary Judgment and Certification of Filing and Service.

    3.    The Plaintiff's counsel and Defendant Jaques counsel are registered e-filer and service is effected through e-service and one copy by regular mail.

    **I CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 30, 2007        *s/Donna Lee Vitale*
                                          DONNA LEE VITALE, ESQ., (2115)